DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT HALGREN,

Appellant,

v.

CITY OF LARGO, ELIZABETH SPARROW-HALGREN, and PINELLAS
COUNTY BOARD OF COUNTY COMMISSIONERS,

Appellees.

Nos. 2D2023-2541, 2D2024-0381

CONSOLIDATED
_____

February 25, 2026

Appeals from the Circuit Court for Pinellas County; Thomas M.
Ramsberger, Judge.

Benjamin E. Hillard and Amy Cuykendall Jones of Hillard Cuykendall,
P.A., Largo, for Appellant.

Matthew D. Weidner of Weidner Law, P.A., St. Petersburg, for Appellee
City of Largo.

No appearance for remaining Appellees.

PER CURIAM.

        Affirmed.

NORTHCUTT, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior publication.